STATE v. HEADEN

No. 92P00-2

Case below: 130 N.C. App. 613

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 February 2001.

STATE v. HOLMAN

No. 200A99

Case below: Wake County Superior Court

Motion by defendant for appropriate relief denied 1 February 2001.

STATE v. HOLSTON

No. 535P00

Case below: 134 N.C. App. 599

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 February 2001.

STATE v. HOPKINS

No. 49P01

Case below: 140 N.C. App. 788

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 5 April 2001.

STATE v. HOUGH

No. 24A01

Case below: 141 N.C. App. 351

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 1 March 2001. Justice Edmunds recused.